JS-6

FILED
CLERK, U.S. DISTRICT COURT

JAN 27 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATION GAMES, S.A., <br><br> Plaintiff, <br><br> v. <br><br> AIR-SEA FORWARDERS, INC., <br><br> Defendant. <br><br> AND RELATED CROSS-ACTION | Case No. CV10-02867 CBM (AJWx) <br><br> [~~PROPOSED~~] **ORDER DISMISSING ENTIRE CASE** |

Having considered the Stipulation to Dismiss filed herein, and good cause appearing therefore, it is hereby ORDERED that all complaints and cross-complaints in the above-captioned actions are dismissed, with prejudice.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 1/27, 2011

Hon. Judge Consuelo B Marshall
United States District Court Judge

[Proposed] Order
Case No. CV10-02867 CBM (AJWx); Our File No. 5720.16